**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   HECTOR R. VILA,                                No. C-08-0438 MMC
     Sramineus Homo, US Vessel
12                                                  **ORDER DISMISSING PETITION;
              Libellant,                            DENYING APPLICATION TO PROCEED
13     v.                                           IN FORMA PAUPERIS**
14   KERRY K. KILLINGER
     WASHINGTON MUTUAL, US Vessel DOES,
15   ROES, and MOES 1-100, et al.,
     US Vessel sand
16
              Libellees,
17   _____
18   HECTOR: R. VILA
     Lien Holder of the Vessel, the Real Party
19   In Interest, Lawful Man
     Injured Third Party Intervenor/ Petitioner/
20   Libellant,
21     v.
22   KERRY K. KILLINGER
     WASHINGTON MUTUAL, U.S. Vessel,
23   DOES, ROES, and MOES 1-100, et al.,
              US VESSELS
24   INDIVIDUALLY AND SEVERALLY
     Third Party Defendants/Libellees
25
     _____/
26
27        Before the Court is Hector R. Vila's ("Vila") application to proceed in forma pauperis
28   and "Petition for Libel of Review of an Administrative Judgment," both of which were filed

1  January 22, 2008.

2  Pursuant to 28 U.S.C. § 1915(e), where a party seeks to proceed in forma pauperis, the district court must dismiss the complaint if the court determines that the complaint is frivolous or malicious, or that the party has failed to state a claim upon which relief can be granted.  See 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii).

  Here, Vila's complaint falls within the category of pleadings identified in §§ 1915(e)(2)(B)(i) and (ii).  Vila, an individual who has named another individual and a lending institution as defendants, alleges "all parties are U.S. Vessels and fit the legal definition of a U.S. Vessel," "[t]he cargo is shipped via U.S. Postal Service and all parties are subject to the Postal Codes in this instant action," and additional allegations of a similar nature.  Vila fails, however, to allege any facts that could state a claim under either state or federal law.  Further, and contrary to the title of Vila's pleading, Vila fails to allege the existence of an administrative decision, let alone a decision that a court has jurisdiction to review.

  Accordingly, the instant complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and Vila's application to proceed in forma pauperis is hereby DENIED as moot.

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated:  January 24, 2008

MAXINE M. CHESNEY
United States District Judge