IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. VILA,<br>Sramineus Homo, US Vessel<br><br>        Libellant,<br>  v.<br>KERRY K. KILLINGER<br>WASHINGTON MUTUAL, US Vessel DOES,<br>ROES, and MOES 1-100, et al.,<br>US Vessel sand<br><br>        Libellees,<br>_____<br>HECTOR: R. VILA<br>Lien Holder of the Vessel, the Real Party<br>In Interest, Lawful Man<br>Injured Third Party Intervenor/ Petitioner/<br>Libellant,<br><br>  v.<br>KERRY K. KILLINGER<br>WASHINGTON MUTUAL, U.S. Vessel,<br>DOES, ROES, and MOES 1-100, et al.,<br>      US VESSELS<br>INDIVIDUALLY AND SEVERALLY<br>Third Party Defendants/Libellees<br>_____/ | No. C-08-0438 MMC<br><br>**ORDER DISMISSING PETITION;<br>DENYING APPLICATION TO PROCEED<br>IN FORMA PAUPERIS** |

Before the Court is Hector R. Vila's ("Vila") application to proceed in forma pauperis and "Petition for Libel of Review of an Administrative Judgment," both of which were filed

January 22, 2008.

Pursuant to 28 U.S.C. § 1915(e), where a party seeks to proceed in forma pauperis, the district court must dismiss the complaint if the court determines that the complaint is frivolous or malicious, or that the party has failed to state a claim upon which relief can be granted. See 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii).

Here, Vila's complaint falls within the category of pleadings identified in §§ 1915(e)(2)(B)(i) and (ii). Vila, an individual who has named another individual and a lending institution as defendants, alleges "all parties are U.S. Vessels and fit the legal definition of a U.S. Vessel," "[t]he cargo is shipped via U.S. Postal Service and all parties are subject to the Postal Codes in this instant action," and additional allegations of a similar nature. Vila fails, however, to allege any facts that could state a claim under either state or federal law. Further, and contrary to the title of Vila's pleading, Vila fails to allege the existence of an administrative decision, let alone a decision that a court has jurisdiction to review.

Accordingly, the instant complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and Vila's application to proceed in forma pauperis is hereby DENIED as moot.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge