IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. VILA,<br>Sramineus Homo, US Vessel | No. CV-08-0438 MMC |
|         Libellant, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| KERRY L. KILLINGER, WASHINGTON MUTUAL, US Vessel DOES, ROES, and MOES 1-100, et al., US Vessel sand | |
|         Libellees, | |

_____

HECTOR: R.VILA
Lien Holder of the Vessel, the Real Party In Interest, Lawful Man Injured Third Party Intervenor/Petitioner/Libellant,

   v.

KERRY L. KILLNGER, WASHINGTON MUTUAL, U.S. Vessel, DOES, ROES, and MOES 1-100, et al.,
US VESSELS
INDIVIDUALLY AND SEVERALLY
Third Party Defendants/Libellees
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

1     **IT IS SO ORDERED AND ADJUDGED** the instant complaint is hereby
2 DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and Vila's application to proceed in
3 forma pauperis is hereby DENIED as moot.

Dated: January 24, 2008                                Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
    <u>Deputy Clerk</u>