IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HECTOR R. VILA,
Sramineus Homo, US Vessel

No. CV-08-0438 MMC

Libellant,

**JUDGMENT IN A CIVIL CASE**

v.

KERRY L. KILLINGER, WASHINGTON MUTUAL, US Vessel DOES, ROES, and MOES 1-100, et al., US Vessel sand

Libellees,

_____

HECTOR: R.VILA
Lien Holder of the Vessel, the Real Party In Interest, Lawful Man Injured Third Party Intervenor/Petitioner/Libellant,

v.

KERRY L. KILLNGER, WASHINGTON MUTUAL, U.S. Vessel, DOES, ROES, and MOES 1-100, et al.,
US VESSELS
INDIVIDUALLY AND SEVERALLY
Third Party Defendants/Libellees

_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

1     **IT IS SO ORDERED AND ADJUDGED** the instant complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and Vila's application to proceed in forma pauperis is hereby DENIED as moot.

Dated: January 24, 2008            Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>