FILED

DISTRICT COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. VILA | Case No.: No. C-08-0438 MMC |
| C/o 3005 Pear Street, | **NOTICE OF ACCEPTANCE OF OATH OF** |
| Antioch, California Zip Code Exempt, | **OFFICE AND BOND** |
| Libellant, | |
| vs. | |
| WASHINGTON MUTUAL, KERRY K. KILLINGER | |
| et. Al. | |
| Suite 200 | |
| C/o P.O. Box 78148 | |
| Phoenix, Arizona [85062] | |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

   Now, by special appearance, comes Hector R. Vila, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this

presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally accept the Oaths of Office and Bonds of MAXINE M. CHESNEY esquire forming a contract in the common law.

Dated this eleventh day of February, 2008

_____
By: authorized representative
Without recourse