Same document appears in Private Letters section below

# AFFIDAVIT OF POVERTY

FILED
08 FEB 27 PM 2: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| California<br>PRINCIPAL | ) | NOTICE TO AGENT IS NOTICE TO |
| | ) Sworn & Subscribed | NOTICE TO PRINCIPAL IS NOTICE TO |
| AGENT<br>Contra Costa County | ) | |

On this 25th day of February, 2008, before me personally appeared, Hector R. Vila, to me known to be the man/woman described herein and who being duly sworn, deposes and says the following and then executed the following instrument and acknowledged to me that Hector R. Vila executed the same as his free act and deed.

1. That the undersigned, Hector R. Vila, is your Declarant and over the age of twenty-one (21) years and competent to testify;

2. That the facts to which Declarant testified are true, correct, complete, presented in good faith, and not intended to mislead;

3. That Declarant denies the possession of lawful money and has no knowledge of any evidence or information which would lead him to believe that he has capacity to pay any debts, costs, fees, charges, judgements, restitutions, expenditures or obligations regardless of type, other than his credit with the UNITED STATES Account No. 607238219, and believes that no such evidence exists.

Further Declarant sayeth naught.

Declared this __25th__ day of __February__ in the year of our Lord two thousand __eight__.

_____
Hector R. Vila, Declarant
Real party in interest under injury

## ACKNOWLEDGEMENT

SUBSCRIBED AND SWORN TO before me by Hector R. Vila, known to me or proven to me to be the living man signing this document this __25__ day of __FEBRUARY__, 20____.

_____
NOTARY PUBLIC

My Commission Expires: __JANUARY 11,__, 20__10__.

RICARDO A. MORALES
Commission # 1636911
Notary Public - California
San Francisco County
My Comm. Expires Jan 11, 2010