FILED
08 FEB 27 PM 2: 36
CLERK
...U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

1

2          DISTRICT COURT, STATE OF CALIFORNIA

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6                                          ) Case No.: No. C-08-0438 MMC
7   HECTOR R. VILA                          )
                                            )
8    C/o 3005 Pear Street,                  ) **CERTIFICATE OF SERVICE**
                                            )
9   Antioch, California Zip Code Exempt,    )
                                            )
10            Libellant,                    )
                                            )
11       vs.                                )
                                            )
12  WASHINGTON MUTUAL, KERRY K. KILLINGER   )
                                            )
13  et. Al.                                 )
                                            )
14  C/o P.O. Box 78148                      )
                                            )
15  Phoenix, Arizona [85062]                )
                                            )
16            Libellee,                     )

17                    CERTIFICATE OF SERVICE

18       Now, by special appearance, comes Hector R. Vila, the flesh and blood

19  woman and man, Sui Juris and unschooled in law, hereinafter referred to as

20  me, my, I, or the like, to make the following  NOTICE with clean hands, full

21  disclosure and no intent to defraud, furthermore, the following first hand

22  asseverations are true, complete, certain and not meant to mislead.

23  NOTICE is hereby given that:

24
      1.)     I am of legal age, competent to testify and under no legal
25            disability.


CERTIFICATE OF SERVICE - 1 OF 2

1    2.)    This is to certify that on February 11 , 2008 I placed a true and

2        accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF

3        FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U.

4        S. mail with postage prepaid and addressed as follows:

5    WASHINGTON MUTUAL, KERRY K. KILLINGER et. Al.

6    C/o P.O. Box 78148 Suite 200

7    Phoenix, Arizona [85062]

8        With certified mail number 7007 1490 0005 1250 6159

9

                            Dated this 11TH day of February, 2008
10

11                                  By: authorized representative
                                    Without recourse
12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF SERVICE - 2 OF 2