IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. VILA,<br>Sramineus Homo, US Vessel<br><br>    Libellant,<br> v.<br><br>KERRY K. KILLINGER<br>WASHINGTON MUTUAL, US Vessel DOES,<br>ROES, and MOES 1-100, et al.,<br>US Vessel sand<br><br>    Libellees,<br>_____<br><br>HECTOR: R. VILA<br>Lien Holder of the Vessel, the Real Party<br>In Interest, Lawful Man<br>Injured Third Party Intervenor/ Petitioner/<br>Libellant,<br><br> v.<br><br>KERRY K. KILLINGER<br>WASHINGTON MUTUAL, U.S. Vessel,<br>DOES, ROES, and MOES 1-100, et al.,<br>   US VESSELS<br>INDIVIDUALLY AND SEVERALLY<br>Third Party Defendants/Libellees<br><br>_____/ | No. C-08-0438 MMC<br><br>**ORDER STRIKING NOTICE OF ACCEPTANCE OF OATH OF OFFICE; STRIKING MEMORANDUM; STRIKING AFFIDAVIT OF POVERTY** |

   The Court is in receipt of three documents, each filed by "libellant" Hector R. Vila on February 27, 2008, and titled, respectively, "Notice of Acceptance of Oath of Office and

Bond," "Memorandum," and "Affidavit of Poverty."[1]

By order filed January 24, 2008, the Court dismissed the above-titled petition and, the same day, the Clerk entered judgment thereon. As a consequence, the instant action is no longer pending before this Court.

Accordingly, each of the three above-referred filings is hereby STRICKEN for the reason the instant case is closed and for the further reason that none of the subject filings includes any request for relief cognizable in a closed case.

**IT IS SO ORDERED.**

Dated: February 29, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, libellant filed, on February 27, 2008, a proof of service indicating he served two of said filings, as well as an additional document, on "Washington Mutual, Kerry K. Killinger, et. Al."